COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  KVAC Holding Company, LLC, Kavac Holding, LLC, City Scape Rentals, LLC, Terry Fisher, 829 Yale, LLC Alen J. Fisher, Assurance Home Warranty Group, LLC, James D. Pierce, Stephanie Alvarez, Shahnaz Choudrhi, Ali Choudhri, Brad Parker and Jetall Companies, Inc., Johnie Patterson, Michelle Fraga, Tax Relief, Inc. and 2017 Yale Street, LLC v. Steadfast Funding, LLC., et. al.

Appellate case number:   01-20-00189-CV

Trial court case number:  2019-51432

Trial court:                190th District Court of Harris County

The court dismissed this appeal on October 1, 2020 for nonpayment of the fee for preparing the clerk's record.  On the same day, the district clerk filed the clerk's record.  On October 16, 2020, appellants filed a motion for rehearing, informing this Court that the clerk's record had been filed.

Accordingly, the Court grants rehearing, withdraws the opinion and judgment of October 1, 2020, and reinstates the appeal on the active docket.

It is so **ORDERED**.


Judge's signature:_____/s/ Sherry Radack_____
                              ☐ Acting individually    ☑ Acting for the Court


Date:  __October 27, 2020_____